

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2014

No. 04-14-00309-CV

**CITY OF EAGLE PASS**
Appellant / Cross-Appellee

v.

Irma Leticia **SALAZAR**
Appellee / Cross-Appellant

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 12-04-27357-MCVJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The Appellee/Cross-Appellant's Motion for Leave to File Combined Brief at the Time of Appellee's Brief is due is GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court